# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Christine M. Byrd aka Chrsitine M. Byrd aka Christine Mingo Byrd aka Christine Mingo**

**Debtor(s)**

**BK NO. 21-00099 RNO**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
03 Feb 2021, 16:30:17, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322

Document ID: 4726f2f2a09fa151a4c9365b503a87dbab330765004035b1e2897520a9a10a4c