In re:  
Christine M Byrd  
    Debtor

Case No. 21-00099-PMM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2  
Date Rcvd: May 10, 2021     Form ID: 318     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M Byrd, 831 Susquehanna Street, Forest City, PA 18421-1033 |
| 5385667 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5385668 | + | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 5385670 | + | Forest City Sewer & Garbage, 535 Main Street, Forest City, PA 18421-1554 |
| 5385671 | + | Honesdale National Ban, Pob 61047, Harrisburg, PA 17106-1047 |
| 5385673 | + | Lackawanna River Basin Sewer Auth, P.O. Box 280, Olyphant, PA 18447-0280 |
| 5385674 | + | NEP, 720 Main Street, PO Box D, Forest City, PA 18421-0150 |
| 5385675 | + | Northeastern Eye Institute, 200 Mifflin Avenue, Scranton, PA 18503-1942 |
| 5385676 | + | Ramos Rheumatology, P.C., 650 Main Street, Moosic, PA 18507 |
| 5385677 | | Sharon Palushock, 939 Moosic Road, Old Forge, PA 18518-2034 |
| 5385681 | | TLC Family Eye Care, 852 Main Street, Vandling, PA 18421-1549 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | May 10 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5385662 | + | Email/Text: backoffice@affirm.com | May 10 2021 18:52:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5385663 | | EDI: BANKAMER.COM | May 10 2021 22:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5385665 | + | EDI: CAPITALONE.COM | May 10 2021 22:53:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5385666 | + | EDI: CRFRSTNA.COM | May 10 2021 22:53:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 5385669 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 10 2021 18:52:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5385672 | | EDI: JPMORGANCHASE | May 10 2021 22:53:00 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 5385678 | + | EDI: RMSC.COM | May 10 2021 22:53:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5385679 | + | EDI: RMSC.COM | May 10 2021 22:53:00 | Syncb/carecr, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5385680 | + | EDI: RMSC.COM | May 10 2021 22:53:00 | Syncb/walm, Po Box 965024, Orlando, FL 32896-5024 |
| 5386037 | + | EDI: RMSC.COM | May 10 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5385664 | | Capital One Bank Usa N |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark J. Conway (Trustee) | PA40@ecfcbis.com  mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Raymond W. Ferrario | on behalf of Debtor 1 Christine M Byrd raymondwferrariopc@comcast.net  ferrariobk@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christine M Byrd<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3623<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21–bk–00099–PMM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine M Byrd
aka Chrsitine M. Byrd, aka Christine Mingo Byrd,
aka Christine Mingo

**By the court:**

5/10/21

Honorable Patricia M. Mayer
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**