United States Bankruptcy Court
Middle District of Pennsylvania

In re: Christine M Byrd, Debtor

Case No. 21-00099-PMM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 1
Date Rcvd: May 11, 2021     Form ID: fnldecac     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christine M Byrd, 831 Susquehanna Street, Forest City, PA 18421-1033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021     Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark J. Conway (Trustee) | PA40@ecfcbis.com  mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Raymond W. Ferrario | on behalf of Debtor 1 Christine M Byrd raymondwferrariopc@comcast.net  ferrariobk@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christine M Byrd,<br>aka Chrsitine M. Byrd, aka Christine Mingo Byrd, aka Christine Mingo,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:21−bk−00099−PMM |

Social Security No.:
xxx−xx−3623

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 10, 2021

BY THE COURT
By the Court,

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

fnldecac (05/18)